**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT HUNTINGTON**

**SCOTT DOUGLAS WILLIAMSON,**

**Plaintiff**

**v.**

**MURPHY ELEVATOR COMPANY, INC.**

**Defendant.**

**Case No.** 3:17-cv-02385
**(Civil Action No: 17-C-034**
**Removed from the Circuit Court**
**of Wayne County, West Virginia)**

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446, Defendant, Murphy Elevator Company, Inc., files this "***Notice of Removal***" and hereby give notice of removal of this action from the Circuit Court of Wayne County, West Virginia, Civil Action No. 17-C-034, to the United States District Court for the Southern District of West Virginia, and in support hereby state as follows:

1. This action involves the personal injury claims of Plaintiff Scott Douglas Williamson allegedly sustained while entering an elevator located in Building 6 of the Veteran's Affairs Hospital in Huntington, West Virginia on March 10, 2015. Plaintiff alleges that Defendant Murphy Elevator Company, Inc. was the entity responsible for servicing and maintaining the subject elevator.

2. Plaintiff Scott Douglas Williamson filed his Complaint in the above-captioned civil action in the Circuit Court of Wayne County, West Virginia, on or about February 16, 2017, where it was designated Civil Action No. 17-C-034. A copy of the Complaint is attached hereto as Exhibit 1.

3. In accordance with 28 U.S.C. § 1446(a), Defendant states that the only process, pleadings, or orders in this matter are the Summons and Complaint. Please see the docket sheet from Wayne County Circuit Court, attached hereto as Exhibit 2.

## I. NOTICE OF REMOVAL IS TIMELY

4. Plaintiff filed his Complaint on February 16, 2017. Defendant was served with a summons and copy of the Complaint on March 17, 2017 through the West Virginia Secretary of State, and received the same on March 24, 2017. The Complaint was the initial pleading served upon Defendant in this action.

5. Defendant files this Notice of Removal within thirty days of service upon it of the Complaint, and removal is, therefore, timely under 28 U.S.C. § 1446(b).

## II. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION UNDER 28 U.S.C. §§ 1332 AND 1441

6. This action is removable under 28 U.S.C. § 1441(a) because it is a civil action over which this Court has original jurisdiction and because Defendant is effecting this removal to the District Court of the United States for the Southern District of West Virginia.

7. This Court has original jurisdiction over this civil action under 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and because complete diversity exists between Plaintiff and Defendant.

### A. The Amount-in Controversy Requirement is Met

8. While the Complaint does not contain a demand for a specific amount, based upon the injuries described in the Complaint and upon further information and belief, the matters in controversy between Plaintiff and Defendant exceeds the sum of $75,000, exclusive of interest and costs.

**B. There is Complete Diversity of Citizenship Between Plaintiff and the Properly Joined and Served Defendant.**

9. According to the Complaint, Plaintiff is a resident of Lawrence County, Ohio.

10. Defendant is a Kentucky corporation with its principal place of business at 128 East Main Street in Louisville, Kentucky.

## III. CONCLUSION

11. Concurrent with the filing of this Notice of Removal, Defendant is giving written notice of this removal to the Circuit Court of Wayne County, West Virginia.

12. Should any question arise as to the propriety of the removal of this action, Defendant requests the opportunity to brief any disputed issues and to present oral argument in support of its position.

**WHEREFORE**, Defendant, Murphy Elevator Company, Inc., respectfully removes this action from the Circuit Court of Wayne County, West Virginia, Civil Action No. 17-C-034, to the United States District Court for the Southern District of West Virginia pursuant to 28 U.S.C. §§ 1132, 1441, and 1446.

Dated: April 18, 2017.

**MURPHY ELEVATOR COMPANY, INC.**
By Counsel,

s/ Linnsey M. Amores
CHANIN W. KRIVONYAK (WVSB #7247)
LINNSEY M. AMORES (WVSB #11310)

***Law Offices of Chanin W. Krivonyak***
Employees of a Subsidiary of The Hartford Financial Services Group, Inc.
United Center
500 Virginia Street East, Suite 910
Charleston, WV 25301
Telephone: (681) 945-6280
Facsimile: (855) 607-3778

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT HUNTINGTON**

**SCOTT DOUGLAS WILLIAMSON,**

**Plaintiff**

**v.**

**MURPHY ELEVATOR COMPANY, INC.**

**Defendant.**

**Case No.** 3:17-cv-02385
**(Civil Action No: 17-C-034**
**Removed from the Circuit Court**
**of Wayne County, West Virginia)**

**CERTIFICATE OF SERVICE**

I, LINNSEY M. AMORES, counsel for Defendant, Murphy Elevator Company, Inc., hereby certifies that on April 18, 2017, service of the foregoing **Notice of Removal** was made upon the party listed below by mailing true and exact copies thereof in properly stamped and addressed envelopes, postage prepaid, to:

Neil R. Bouchillon, Esquire
731 Fifth Avenue
Huntington, WV 25701
*Counsel for Plaintiff*

s/ Linnsey M. Amores
CHANIN W. KRIVONYAK (WVSB #7247)
LINNSEY M. AMORES (WVSB #11310)

***Law Offices of Chanin W. Krivonyak***
Employee of The Hartford Financial Services Group, Inc.
United Center
500 Virginia Street East, Suite 910
Charleston, WV 25301
Telephone: (681) 945-6280
Facsimile: (855) 607-3778