**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT HUNTINGTON**

**SCOTT DOUGLAS WILLIAMSON,**

**Plaintiff,**

**v.**

**CIVIL ACTION NO: 3:17-cv-02385**
**Honorable Robert C. Chambers**

**THE MURPHY ELEVATOR COMPANY,**

**Defendant.**

**ORDER OF DISMISSAL**

**ON THIS DATE CAME** Plaintiff, Scott Douglas Williamson, by counsel, Neil R. Bouchillon of Bouchillon, Crossan, & Colburn, LC and Defendant, The Murphy Elevator Company, by counsel, Linnsey Amores and Chanin W. Krivonyak of the Law Offices of Chanin W. Krivonyak, Employees of a Subsidiary of The Hartford Financial Services Group, Inc., to advise the Court that all claims have been settled and compromised, and that Plaintiff, Scott Douglas Williamson, and Defendant, The Murphy Elevator Company, jointly move the Court to dismiss this matter from the Court's docket, in its entirety, with prejudice.

The Court, being advised of the premises herein and finding no objection thereto, hereby **ORDERS** that the action by Plaintiff, Scott Douglas Williamson, be **DISMISSED**, with prejudice, with each party to bear their own costs and attorneys' fees.

The Clerk is directed to send certified copies of this Order to all counsel and parties of record.

ENTERED: This 7 day of Dec., 2017.

HONORABLE ROBERT C. CHAMBERS

Prepared By:

Linnsey Amores, Esq. (WVSB #11310)
Chanin W. Krivonyak, Esq. (WVSB #7247)
***Law Offices of Chanin W. Krivonyak***
Employees of The Hartford Financial Services Group, Inc.
United Center
500 Virginia Street East, Suite 910
Charleston, WV 25301
*Counsel for Defendant*

Approved By:

Neil R. Bouchillon, Esq. (WVSB #6407)
Amy C. Crossan, Esq. (WVSB #7150)
***Bouchillon, Crossan, & Colburn, LC***
731 Fifth Avenue
Huntington, WV 25701
*Counsel for Plaintiff*